IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| NOLA GREENO, | ) | CV 06-113-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Magistrate Judge Lynch issued Findings and Recommendation (dkt # 144) in this matter on October 9, 2008. Judge Lynch Recommended this Court enter the Final Order and Judgment Approving Class Action Settlement. On October 24, 2008, all parties filed a Notice of Consent to Magistrate's Recommendation (dkt # 145). There are no objections, and therefore Judge Lynch's Findigns and Recommendation are reviewed for clear error. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Bus.</u>

-1-

Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

I find no clear error in Judge Lynch's Findings and Recommendation (dkt # 144) and adopt them in full.  Accordingly,

IT IS HEREBY ORDERED that upon entry of the Final Order and Judgment Approving Class Action Settlement, the Clerk of Court shall close this case.

Dated this 30th day October, 2008.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT